[No. 9067–1–III.   Division Three.   March 14, 1989.]

HARVEY REA, ET AL, *Respondents,* v. SAFECO TITLE
INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 86–2–00511–8, Robert S. Day, J., entered December 21, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Munson, J.

[No. 9234–8–III.   Division Three.   March 14, 1989.]

*In the Matter of the Estate of*
JOHN ROBERT GEZELIUS.

INEZ DOREEN GEZELIUS, *Petitioner,* v. RONALD F. SAUVOLA,
*Respondent.*

Appeal from a judgment of the Superior Court for Stevens County, No. 86–4–00066–1, Larry M. Kristianson, J., entered March 10, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Shields, J.

[No. 9461–8–III.   Division Three.   March 14, 1989.]

*In the Matter of the Marriage of* ARTHUR F. ROEMMELT,
*Appellant, and* GAIL ROEMMELT,
*Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88–3–00497–6, Marcus M. Kelly, J., entered July 22, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Shields, J.